UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

WILLSON HENDERSON,

            Plaintiff,

– against –

THE ROMAN CATHOLIC DIOCESE OF BROOKLYN, FRANCISCAN BROTHERS OF BROOKLYN, CAMP ALVERNIA, *and* FRIARS OF ASSUMPTION BVM PROVINCE, INC.,

            Defendants.

**ORDER**

23-cv-5707 (ER)

RAMOS, D.J.:

    This action was removed from the Supreme Court of New York, Bronx County, on July 3, 2023. Doc. 1. On July 20, 2023, the defendants filed a "notice of joint petition to fix venue for claims related to the Roman Catholic Diocese of Rockville Center's Bankruptcy Under 28 U.S.C. §§ 157(b)(5) and 1334(b)." Doc. 7. The notice indicated that the Roman Catholic Diocese of Rockville Center, New York ("DRVC") and its affiliates filed a joint petition to transfer this action—along with a list of others—to this District in Case No. 23-cv-5751, which is pending before Judge Lorna G. Schofield. *Id.* The Court understands that the defendants seek to consolidate the instant action with other similar cases. *See* Doc. 7-1.

    The Court held a conference on August 2, 2023, and the parties agreed that the instant action should be stayed pending the adjudication of the joint petition before Judge Schofield. Accordingly, this case is STAYED against all defendants pending the disposition of the joint petition to fix venue pending before Judge Schofield in Case No.

23-cv-5751, Doc. 1.  The parties shall promptly inform the Court once the petition is adjudicated, and they shall propose next steps for proceeding with this action.

It is SO ORDERED.

Dated:   August 2, 2023
         New York, New York

                                            EDGARDO RAMOS, U.S.D.J.