UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

WILLSON HENDERSON,

                Plaintiff,

– *against* –

THE ROMAN CATHOLIC DIOCESE OF BROOKLYN, FRANCISCAN BROTHERS OF BROOKLYN, CAMP ALVERNIA, *and* FRIARS OF ASSUMPTION BVM PROVINCE, INC.,

                Defendants.

**ORDER**

23-cv-5707 (ER)

RAMOS, D.J.:

    Plaintiff Willson Henderson has submitted a letter (Doc. 14) asking the Court to lift the stay in this matter that was entered on August 2, 2023 (Doc. 10). The Court will hold a telephonic conference to address this request on May 9, 2024, at 11:30 a.m. The parties are directed to dial 877-411-9748 and enter access code 3029857# when prompted.

    Counsel for Defendants Franciscan Brothers of Brooklyn and Camp Alvernia is directed to notify counsel for Defendants who have not appeared of the scheduled conference. Defendants shall file any response to Plaintiff's letter by May 2, 2024.

It is SO ORDERED.

Dated:  April 23, 2024
         New York, New York

                                                    EDGARDO RAMOS, U.S.D.J.