UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

WILLSON HENDERSON,

        Plaintiff,

– *against* –

THE ROMAN CATHOLIC DIOCESE OF BROOKLYN, FRANCISCAN BROTHERS OF BROOKLYN, CAMP ALVERNIA, *and* FRIARS OF ASSUMPTION BVM PROVINCE, INC.,

        Defendants.

THE ROMAN CATHOLIC DIOCESE OF ROCKVILLE CENTRE, NEW YORK

        Interested Party.

**ORDER**

23 Civ. 05707 (ER)

Ramos, D.J.:

    This action was removed from the Supreme Court of New York, Bronx County, on July 3, 2023. Doc. 1. On July 20, 2023, the defendants filed a "notice of joint petition to fix venue for claims related to the Roman Catholic Diocese of Rockville Center's Bankruptcy Under 28 U.S.C. §§ 157(b)(5) and 1334(b)." Doc. 7. The notice indicated that the Roman Catholic Diocese of Rockville Center, New York ("DRVC"), an interested party in this case, and its affiliates filed a joint petition to transfer this action—along with a list of others—to this District in Case No. 23-cv-5751, a case before Judge Lorna G. Schofield. *Id.* On July 31, 2023, Henderson filed a motion to remand the instant action to state court. Doc. 8. On August 14, 2023, defendants Fransiscan Brothers of Brooklyn

and Camp Alvernia filed an opposition to that motion. Doc. 12.[1] On November 22, 2023, the DRVC filed a suggestion of stay of this litigation due to a liquidation order which the Delaware Court of Chancery entered on November 8, 2023, declaring Arrowood Indemnity Company—one of the DRVC's principal insurers with respect to a Child Victims Act litigation—insolvent. Doc. 13. On May 9, 2024, this Court held a conference, at which it continued the stay on the instant matter. *See* Min. Entry dated May 9, 2024.

On June 17, 2025, Henderson filed a letter requesting that the Court lift the stay on this case, and that the Court consider the pending motion to remand. Doc. 18. Henderson stated that the DRVC bankruptcy proceeding has been resolved, and that the petition before Judge Schofield in Case No. 23-cv-5751 was deemed "resolved and withdrawn" under the DRVC reorganization plan, and thus closed on December 16, 2024. *Id.* Additionally, Henderson stated, the stay imposed by the Arrowood liquidation expired on March 26, 2025. *Id.*

On June 18, 2025, the Court directed Defendants to respond to Henderson's letter by June 20, 2025. Doc. 19. There have been no communications with the Court since then.

The parties are directed to submit a status report by July 21, 2025.

---

[1] To date, defendants The Roman Catholic Diocese of Brooklyn and Friars of Assumption BVM Province, Inc. have not filed an opposition to the motion. While counsel for The Roman Catholic Diocese of Brooklyn appeared at the May 9, 2024 Court conference, counsel for Friars of Assumption BVM Province has not appeared in the instant case. Moreover, Henderson has not filed a reply in support of the motion.

3

It is SO ORDERED.

Dated:  July 14, 2025
         New York, New York

                                                    EDGARDO RAMOS, U.S.D.J.

3